JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., a minor, by and through his Guardian Ad Litem, DEE RICK,<br><br>Plaintiff,<br><br>v.<br><br>UPLAND UNIFIED SCHOOL DISTRICT, a Local Educational Agency, West End Special Education Local Plan Agency; and Joan Reilly, in her individual capacity; and Lynda Spicer, in her individual capacity; and the Office of Administrative Hearings/OAH,<br><br>Defendants. | Case No. EDCV 06-1314-VAP (JCRx)<br><br>**FINAL JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants UPLAND UNIFIED SCHOOL DISTRICT and WEST END

1 | SPECIAL EDUCATION LOCAL PLAN AGENCY, and Plaintiff's
2 | Complaint is DISMISSED WITH PREJUDICE.
3 |
4 |     The Court orders that such judgment be entered.
5 |
6 |
7 | Dated: October 7, 2008            _____
8 |                                        VIRGINIA A. PHILLIPS
  |                                   United States District Judge